## File Hashes for IP Address 173.66.213.146

**ISP:** Verizon FiOS
**Physical Location:** Sterling, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/23/2014 05:58:03 | 5243CCCC020AFDB0AAF9158140B5EC8362880F14 | Double Oh Heaven |
| 09/10/2014 03:13:15 | 6EBB6998E41AE7469382DD1C256C84940B5FEE64 | Our Little Cum Cottage |
| 07/28/2014 20:00:57 | F9A56F0765FF9D66033BBADCEF3AAE52CB75A4E8 | Highrise Rendezvous |
| 06/15/2014 19:04:52 | C84CEE035F21CF4AD3452F4ED6893F25FEDAB2CC | Go Down On Me |
| 06/09/2014 07:44:09 | 84ABF3B1B881BF16E463DEE19669223AB87B562F | Sex With Glasses |
| 05/13/2014 05:13:12 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 05/04/2014 16:05:22 | 3C7DD8FEFFE1AF59D6D826F33A824570776B024D | Brazilian Love Affair |
| 04/15/2014 03:35:30 | 0AE98756E2C83220B3CED526F30CDD52894FA89C | Catching Up |
| 02/04/2014 08:53:54 | 2DD8681E585A4C365B2BC5C1FDF5D642B1A3CABF | So Young |
| 12/24/2013 17:29:07 | 7C2DFB485915834309EFA4AB7585143F27B78048 | Fantasy Come True |
| 12/24/2013 17:19:22 | CC6F5586961EF5CE46145CB6E122E239185E1D67 | Model Couple on Vacation |
| 12/24/2013 17:16:02 | 6465E8E0E83658C51610B474C53CC32142F77DA5 | No Turning Back Part #1 |
| 12/16/2013 23:27:06 | 271FC6C6F3A4381A9851610D010AA42C4E5D2EB6 | Love at First Sight |
| 11/26/2013 16:10:22 | 38631B82079AD2E44E4BC518B3DCC2D569130CDA | Double Daydreams |
| 11/26/2013 06:02:39 | 140529FE435F6EE4870AE9DEBD34E3611DCC0775 | High School Dropouts |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

EVA135