## Copyrights-In-Suit for IP Address 173.66.213.146

ISP: Verizon FiOS
Location: Sterling, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 05/04/2014 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 04/15/2014 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 11/26/2013 |
| Double Oh Heaven | PA0001918736 | 10/15/2014 | 10/22/2014 | 10/23/2014 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 12/24/2013 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 06/15/2014 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 11/26/2013 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 07/28/2014 |
| Love at First Sight | PA0001872756 | 12/14/2013 | 12/15/2013 | 12/16/2013 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 12/24/2013 |
| No Turning Back Part #1 | PA0001874524 | 12/21/2013 | 12/30/2013 | 12/24/2013 |
| Our Little Cum Cottage | PA0001914537 | 09/05/2014 | 09/17/2014 | 09/10/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 05/13/2014 |
| Sex With Glasses | PA0001903914 | 06/05/2014 | 06/12/2014 | 06/09/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 02/04/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 15**

EXHIBIT B

EVA135