UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 173.66.213.146,

    Defendant.

CASE NO. 1:14-cv-01536-CMH-TCB



FILED MAR 18 2015 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

**ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have forty five (45) days or until May 1, 2015 to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this 18 day of March, 2015.

By: /s/
Theresa Carroll Buchanan
United States Magistrate Judge

1